Plaintiff: Ken Moorehead

VS.

Defendant: Sprint

Case # C08-0436

Judge: EMC

FILED

08 MAR 20 AM 11: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# US District Court of CA Northern Division
## Change of Adress

I, Plaintiff: Ken Moorehead am changing my adresss or current adress. The old adress is 660 O'Farell ST # 2 Sanfrancisco, CA 94109. The current adress and mailing adress is 34 Turk ST # 733 Sanfrancisco, CA 94102, The phone is 415-447-0722 and the email is awqq122@yahoo.com.

Pro SE: Ken Moorehead
03/19/2008

*Ken Moorehead*
03/19/08