UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MOOREHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>SPRINT, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-08-0436 EMC<br><br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the Case Management Conference set for April 30, 2008 at 1:30 p.m. is reset for **June 25, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case Management Conference Statement shall be filed by **June 18, 2008**.  Plaintiff shall serve a copy of this notice to defendant.

Dated: April 7, 2008                              FOR THE COURT,

                                                        Richard W. Wieking, Clerk


by: _____
      Betty Fong
      Courtroom Deputy